C-13-15(ECF)
(Rev. 3/04)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | | |
|---|---|---|---|
| In Re: James Brent Ferrell | SSN ###-##-6545 | ) | **MOTION** |
| Christina N. Ferrell | SSN-###-##-6572 | ) | **CHAPTER 13** |
| | | ) | |
| | | ) | No: B 11-80514 C-13D |
| Debtor | | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtors filed a Chapter 13 Petition on March 28, 2011. The Debtors' §341 meeting was scheduled for May 6, 2011. The Debtors failed to appear at the scheduled §341 meeting and have failed to make the scheduled Plan payment.

The Standing Trustee respectfully recommends to the Court that this case be dismissed prior to confirmation for failure to attend the scheduled §341 meeting and for nonpayment, and that such dismissal shall be **WITH PREJUDICE**, as to bar the Debtors from seeking relief under Chapter 13 by the filing of a Chapter 13 petition or otherwise seeking relief under Title 11 of the United States Bankruptcy Code for a **PERIOD OF 180 DAYS** from the date of the dismissal.

Date: May 25, 2011                                             s/Richard M. Hutson, II
RMH:ltp                                                        Standing Trustee

-----------------------------------------------------------------------------------------------------------------------------

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite C280, 302 East Pettigrew Street, Durham, NC, on **July 7, 2011**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: May 25, 2011                                             OFFICE OF THE CLERK
                                                               U.S. Bankruptcy Court

James Brent Ferrell
2519 Ardsley Drive
Durham, NC 27704

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Michael D. West, Esq.
U.S. Bankruptcy Administrator
PO Box 1828
Greensboro, NC 27402