C13-20a(FTP)
(Rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  James B. Ferrell )  **DISMISSAL ORDER**
      Christina N. Ferrell )  **CHAPTER 13**
)
) No:  B-11-80514 C-13D
)
Debtor(s) )

After notice and hearing in open Court on   July 7  , 20 11  , upon Motion to Dismiss this case with prejudice by the Standing Trustee, and for sufficient reasons appearing, the presiding Judge in open Court directed that the Clerk enter the following Order of Dismissal; therefore, it is

ORDERED that this case is dismissed **WITH PREJUDICE FOR 180 DAYS** as to the refiling of a Chapter 13 petition, or otherwise seeking relief under Chapter 13, upon the grounds of failure of the debtor(s) to comply with the requirements of the plan; and, it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs in the amount of $.50 per notice plus $75.00 for expenses with the balance of the funds to be disbursed pursuant to 11 U.S.C. §1326(a)(2).

**PARTIES IN INTEREST**
Page 1 of 1
**11-80514C-13D**

James B. Ferrell
Christina N. Ferrell
2519 Ardsley Dr.
Durham, NC  27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702